IT IS SO ORDERED.
s/ Jack Zouhary
United States District Judge
8/22/08

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Mary Ferry

      Plaintiff,

v.

AllianceOne Receivables Management, Inc.

      Defendant.

CASE NO.: 3:08-cv-0608

JUDGE: Jack Zouhary

**NOTICE OF DISMISSAL
WITH PREJUDICE**

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:    /s/ Jeffrey S. Hyslip
      Jeffrey S. Hyslip
      Attorney for Plaintiff
      The Sears Tower
      Suite 5150
      Chicago, IL 60606
      Telephone: 1.866.339.1156
      Jsh@legalhelpers.com